IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CR-81-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JORDAN ALLEN GUY, | ) | |
| | ) | |
| Defendant. | ) | |

Jordan Allen Guy moved for early termination of his supervised release [D.E. 46]. The United States Probation Office does not support the request for early termination [D.E. 48]. The court agrees with the Probation Office.

Given defendant's criminal history and serious offense of conviction, Guy's motion for early termination [D.E. 46] is DENIED.

SO ORDERED. This _24_ day of October, 2023.

                                                        JAMES C. DEVER III
                                                        United States District Judge